IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Jayme Hall, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Enhanced Recovery Corporation and Mrs. O'Neil,<br><br>　　　　　　　Defendants. | **Civil File No. 10-cv-01934 PAM/JJK**<br><br>**ORDER FOR JUDGMENT OF DISMISSAL** |

Based on the parties' Stipulation of Dismissal with Prejudice filed as document 20;

**IT IS HEREBY ORDERED** that the amended complaint is dismissed on its merits, with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay, **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated: November 17, 2010　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　United States District Court Judge